PJS:EP:mmz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:10-CR-153 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **RAYMUNDO LUIS CASTANEDA** | ) | (Electronically filed) |

### MOTION TO DISMIS

**AND NOW** this 13th day of December 2010, comes Peter J. Smith, United States Attorney for the Middle District of Pennsylvania, by Eric Pfisterer, Assistant United States Attorney, and moves this Honorable Court to dismiss the Indictment filed in the above-captioned case without prejudice.

    Respectfully submitted,

    PETER J. SMITH
    UNITED STATES ATTORNEY

    /s/ ERIC PFISTERER
    Eric Pfisterer
    Assistant United States Attorney
    228 Walnut Street, P.O. Box 11754
    Harrisburg, PA 17108
    717/221-4482 (Office)/717/221-2246(Fax)
    ERIC.PFISTERER@USDOJ.GOV
    Bar No. PA-38492

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 1:10-CR-153 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| **RAYMUNDO LUIS CASTANEDA** | ) | (Electronically filed) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 13th day of December 2010, she served a copy of the attached

**MOTION TO DISMISS**

by electronic means by sending a copy to each of the e-mail addresses stated below:

ADDRESSEE(S):

Laurence C. Kress, Esquire
lckress@yahoo.com


/s/ Mary Zerance
Mary Zerance
Legal Assistant

2